**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Juan Carlos Baeza Santano
Plaintiff,
v.
Case No.: 1:25−cv−15588
Honorable Sara L. Ellis
International Pallets, Inc., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 29, 2026:

MINUTE entry before the Honorable Sara L. Ellis: Rule to show cause hearing held on 7/29/2026. Defendant to provide requested documents by 8/12/2026. Rule to show cause hearing continued to 8/20/2026 at 1:30 PM in−person. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.